UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. CR: 15-70990-MAG |
| )  Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| JUAN SANCHEZ RIOS ) | |
| )  Defendant. ) | |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Date: 8/18/2015

PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

NOTICE OF DISMISSAL (15-70990-MAG)